1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 5:24-mj-00381 |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Scott Thomas Williams ) | |
| Defendant. ) | |

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Southern___ District of

18   ___District___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (×)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (×)   information in the Pretrial Services Report and Recommendation

26              (×)   information in the violation petition and report(s)

27              (×)   the defendant's nonobjection to detention at this time

28              ( )   other: _____

1

1    and/ or

2  B. (×)    The defendant has not met his/her burden of establishing by clear and

3          convincing evidence that he/she is not likely to pose a danger to the safety

4          of any other person or the community if released under 18 U.S.C.

5          § 3142(b) or (c).  This finding is based on the following:

6          (×)    information in the Pretrial Services Report and Recommendation

7          (×)    information in the violation petition and report(s)

8          (×)    the defendant's nonobjection to detention at this time

9          ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: 09/17/2024                            _____

15                                          SHASHI H. KEWALRAMANI
                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2